People of the State of Illinois, Plaintiff-Appellee, v. William Eugene Wooff, Defendant-Appellant.

Gen. No. 69–81. (Abstract of Decision.)

Fifth District.

February 16, 1970.

Rehearing denied March 25, 1970.

Hoagland, Maucker, Bernard & Almeter, of Alton (Robert B. Maucker, Elmer H. Bernard, and William H. Hoagland, of counsel), for appellant; William J. Scott, Attorney General of State of Illinois, of Chicago, Warren K. Smoot, Assistant Attorney General, and R. W. Griffith, State's Attorney, of Edwardsville, for appellee. Opinion by JUSTICE EBERSPACHER. Not to be published in full.